%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of __ALABAMA__

BOBBY LEE SANKS,
 Plaintiff,

V.

WESTPOINT STEVENS, INC.,
WESTPOINT HOME, INC.,
 Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06cv1092-MHT

**DEMAND FOR JURY**

TO: (Name and address of Defendant)

WESTPOINT STEVENS, INC.
THE CORPORATION COMPANY
150 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LATEEFAH MUHAMMAD
ATTORNEY AT LAW, P.C.
POST OFFICE BOX 1096
TUSKEGEE INSTITUTE, ALABAMA 36087
lateefahmuhammad@aol.com,

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(By) DEPUTY CLERK

DATE December 11, 2006

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                      Signature of Server

                                  Address of Server

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ .87 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

3:06CV1092MHT
Postmark Here
12/11/06 DOC #1

Sent To: Westpoint Stevens Inc
Street, Apt. No.; or PO Box No.: 150 S Perry St
City, State, ZIP+ 4: Montgomery AL 36104

PS Form 3800, May 2000    See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

BOBBY LEE SANKS,
  Plaintiff,

V.

WESTPOINT STEVENS, INC.,
WESTPOINT HOME, INC.,
  Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06cv 1092-MHT

**DEMAND FOR JURY**

TO: (Name and address of Defendant)

WESTPOINT HOME, INC.
THE CORPORATION COMPANY
150 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LATEEFAH MUHAMMAD
ATTORNEY AT LAW, P.C.
POST OFFICE BOX 1096
TUSKEGEE INSTITUTE, ALABAMA 36087
lateefahmuhammad@aol.com

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE December 11, 2006

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
          Date                        Signature of Server

_____
Address of Server

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7797 3420 0005 1530 7002

| Postage | $ | .87 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.12 |

3:06cv1092-MHT

Postmark Here

12/11/06 Doc #1

Sent To
Westpoint Home Inc
Street, Apt. No.; or PO Box No.
150 South Perry St
City, State, ZIP+4
Montgomery AL 36104

PS Form 3800, May 2000        See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.