IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BOBBY LEE SANKS,**  Plaintiffs,  vs.  **WESTPOINT STEVENS, INC., WESTPOINT HOME, INC.,**  Defendants. | CIVIL ACTION NO: 3:06-cv-01092-MHT-CSC |

## NOTICE OF APPEARANCE

COMES NOW Fred W. Suggs, Jr. of the firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and enters his appearance as additional counsel of record for the defendant, WestPoint Stevens, Inc., WestPoint Home, Inc.

> Respectfully submitted,
> s/ Fred W. Suggs, Jr.
> Fred W. Suggs, Jr. (ASB-3587-G61F)
> James C. Pennington (ASB-1287-N62J)
> Attorneys for Defendants WestPoint Stevens, Inc., WestPoint Home, Inc.

>OGLETREE, DEAKINS, NASH,
> SMOAK & STEWART, P.C.
>P.O. Box 2757
>Greenville, SC  29602
>Telephone: (864) 271-1300
>Facsimile: (864) 235-4754
>E-mail: fred.suggs@ogletreedeakins.com
>james.pennington@odnss.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lateefah Muhammad
lateefahmuhammad@aol.com

>s/Fred W. Suggs, Jr.
>Fred W. Suggs, Jr. (ASB-3587-G61F)
>OGLETREE, DEAKINS, NASH,
> SMOAK & STEWART, P.C.
>P.O. Box 2757
>Greenville, SC  29602
>Telephone: (864) 271-1300
>Facsimile: (864) 235-4754
>E-mail: fred.suggs@ogletreedeakins.com

2