IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BOBBY LEE SANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: |
| ) | |
| WESTPOINT STEVENS, INC., AND ) | 3:06-CV-1092-MHT |
| WESTPOINT HOME, INC., ) | |
| ) | |
| Defendants. ) | |

### REPORT OF PARTIES PLANNING MEETING

1. A telephonic meeting pursuant to Fed.R.Civ.P.26(f) was held on January 24, 2007. Attending were:

FOR PLAINTIFF:
Lateefah Muhammad

FOR DEFENDANTS:

Fred W. Suggs, Jr.
James C. Pennington

2. **Pre-Discovery Disclosures.** The parties should be required to provide Pre-Discovery Disclosures by February 26, 2007.

3. **Discovery Plan.** The defendants propose to the Court the following discovery plan:

   (a) Discovery will be needed on the following subjects: Circumstances related to the Plaintiff's employment and termination of employment; Plaintiff's claims; Defendant's defenses; and damages.

   (b) Disclosure or discovery of electronically stored information should be handled in accordance with the arrangement for Pre-Discovery disclosures and in response to written discovery requests pursuant to Rules 33 and 34.

   (c) The parties propose to the Court a Protective Order governing confidential materials produced during discovery and regarding claims of privilege or of

        protection as trial preparation material asserted after production, attached as Exhibit A.

(d)     All discovery commenced in time to be completed by December 2, 2007.

(e)     Interrogatories, limited to **20**, by each party to any other party may be submitted. Responses are due **30** days after service.

(d)     Requests for Admissions by each party to any other party may be submitted. Responses are due **30** days after service.

(e)     Total of **8** depositions by Plaintiff and by Defendants are permissible.

(f)     Each deposition is limited to maximum of **8** hours unless extended by agreement of parties.

(g)     Reports from retained experts under Rule 26(a)(2) due: from Plaintiff by August 6, 2007, and from the Defendant by September 28, 2007. At this time the parties do not anticipate retaining experts, but all parties shall promptly inform all other parties should an expert be retained.

(h)     Supplementations under Rule 26(e) are due as soon as practicable, but no later than the end of the discovery completion date.

4.     **Other Items.**

(a)     The parties do not request a conference with the Court before entry of the Scheduling Order.

(b)     The parties request a Pretrial Conference by April 7, 2008.

(c)     Plaintiff shall be allowed until August 6, 2007 to amend the pleadings and add parties.

(d)     Defendant shall be allowed until September 28, 2007 to amend the pleadings or add parties.

(e)     All potential Dispositive Motions should be filed by January 4, 2008.

(f)     Settlement cannot be evaluated at this time. The parties have not yet engaged in any settlement discussion. If mediation is conducted, it shall be conducted by December 14, 2007.

(g)     Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from Plaintiff and Defendants no later than **30** days prior to the established trial date.

  (h)  Parties should have **14** days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

  (i)  The case should be set for trial May 12, 2008.

                Respectfully submitted,

                s/ Lateefah Muhammad
                (MUH001)

Lateefah Muhammad,
Attorney at Law
Post Office Box 1096
Tuskegee Institute, Alabama 36087
(334) 727-1997
E-mail: lateefahmuhammad@aol.com

                s/ James C. Pennington
                Bar No.:  ASB-1287-N62J

Ogletree, Deakins, Nash,
 Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama  35203-2118
Telephone:  (205) 328-1900
Facsimile:  (205) 328-6000
E-mail: james.pennington@odnss.com

                Fred W. Suggs, Jr.
                Bar No.:  ASB-3587-G61F

Ogletree, Deakins, Nash,
 Smoak & Stewart, P.C.
300 North Mail Street
Greenville, South Carolina  29601
Telephone:  (864) 271-1300
Facsimile:  (864) 235-4754
E-mail: fred.suggs@odnss.com