UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **Bobby Lee Sanks,** | ) | |
| | ) | |
|       **Plaintiff,** | ) | Civil Action No.:  3:06-CV-01092-MHT-CSC |
| | ) | |
| v. | ) | |
| | ) | |
| **WestPoint Stevens, Inc., and** | ) | |
| **WestPoint Home, Inc.,** | ) | |
| | ) | |
|       **Defendant.** | ) | |
| _____ | ) | |

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Misc. No. 3047 Order filed January 14, 2000 in the Middle District of Alabama, Defendants WestPoint Stevens, Inc. ("WPS"), and WestPoint Home, Inc. ("WPH"), hereby state as follows:

1. On June 1, 2003, WPS, and certain affiliates (collectively, the "Debtors"), commenced bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") pursuant to chapter 11 of Title 11 of the United States Code.  The chapter 11 cases are jointly administered under case number 03-13532 (RDD) and remain pending, although the Debtors' estates are administratively insolvent.

2. Pursuant to an order of the Bankruptcy Court dated July 8, 2005, ("Sales Order"), substantially all of the assets of WPS were sold to WPH, and that sale closed on August 8, 2005.  At this time, WPS has no employees and no assets.

3. WestPoint Stevens, Inc. has issued shares to the public.

4. The ultimate parent company of WestPoint Home, Inc., American Real Estate Partners, LP, is a publicly traded company.

Dated this 21st day of February, 2007.

Respectfully submitted,

**/s/ Fred W. Suggs, Jr.**
Fred W. Suggs, Jr.
(ASB-3587-G61F)

OGLTREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
300 North Main Street (29601)
Post Office Box 2757
Greenville, South Carolina 29602
Telephone: (864) 271-1300
Facsimile: (864) 235-4754
Fred.Suggs@ogletreedeakins.com

James C. Pennington (ASB-1287-N62J)
OGLTREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place
1819 5th Avenue North, Suite 1000
Birmingham, Alabama 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
James.Pennington@odnss.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 21st 2007, I electronically filed the foregoing **Defendants' Corporate Disclosures Statement** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Lateefah Muhammad

Respectfully submitted,

**/s/ Fred W. Suggs, Jr.**
Fred W. Suggs, Jr.

4676892.1

2