## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **Bobby Sanks,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C. A. No.: 3:06-CV-1092-T |
| | ) |
| **WestPoint Stevens, Inc., and** | ) |
| **WestPoint Home, Inc.** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED ANSWER

**COMES NOW**, the Defendants, WestPoint Stevens, Inc., and WestPoint Home, Inc. (collectively "WestPoint" or "Defendants"), pursuant to Federal Rule 15(a), and for the reasons stated in the attached Memorandum, move for permission to file Defendants' Amended Answer, which is attached to the supporting Memorandum. A proposed Order is attached to this Motion.

WHEREFORE, Defendants pray that the Court accept filing of the attached Amended Answer.

Dated this 23rd day of April, 2007.

Respectfully submitted,

**s/Fred W. Suggs, Jr.**
Fred W. Suggs, Jr. (ASB-3587-G61F)

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P. C.
300 North Main Street
Post Office Box 2757
Greenville, South Carolina  29602
Tel:          (864)271-1300

Fax: (864)235-4754
E-mail:fred.suggs@odnss.com

James C. Pennington (ASB-1287-N62J)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P. C.
One Federal Place
1819 5th Avenue North, Suite 1000
Birmingham, Alabama  35203-2118
Tel: (205)328-1900
Fax: (205)328-6000
E-Mail: james.pennington@odnss.com

                                           Attorneys for Defendants

## CERTIFICATION

I hereby certify that Defendants' counsel has communicated about this motion both orally and in writing, but Plaintiff's counsel never took a position on whether she opposed the motion.

                                           **s/Fred W. Suggs, Jr.**
                                           Fred W. Suggs, Jr. (ASB-3587-G61F)

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2007,  I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

                              Lateefah Muhammad

                                           **s/Fred W. Suggs, Jr.**
                                           Fred W. Suggs, Jr. (ASB-3587-G61F)

4890900.1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **Bobby Sanks,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | C. A. No.: 3:06-CV-1092-T |
| ) | |
| **WestPoint Stevens, Inc., and** ) | |
| **WestPoint Home, Inc.** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED ANSWER

This matter is before the Court on Defendants' WestPoint Stevens, Inc.'s and WestPoint Home, Inc.'s (collectively "WestPoint" or "Defendants"), Motion pursuant to Federal Rule 15(a), for permission to file Defendants' Amended Answer.

The Complaint was filed on December 8, 2006, and was served on the Defendants on December 12, 2006. Defendants filed a timely Answer on January 2, 2007. Plaintiff has served no written discovery and has not responded to Defendants' written discovery. Under the Uniform Scheduling Order, the deadline to file Motions to Amend is September 28, 2007.

In view of the foregoing, there would be no prejudice to either party to allow Defendants to file an Amended Answer. In accordance with Rule 15(a), which provides that leave to amend "shall be freely given when justice so requires," Defendants' motion to file the amended answer attached to its motion is granted.

2

IT IS SO ORDERED.

Dated this _____ day of _____, 2007.

                                                                                                                                _____
                                                                                                                                Myron H. Thompson
                                                                                                                                UNITED STATES DISTRICT JUDGE

4891462.1