IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BOBBY LEE SANKS, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>WESTPOINT STEVENS, INC., )<br>and WESTPOINT HOMES, INC., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>3:06cv1092-MHT |

### ORDER

It is ORDERED that the motion for leave to file amended answer (Doc. No. 15) is granted. The court assumes that plaintiff has no objection to the allowance of the amendment; however, if he does, he must file the objection within seven days from the date of this order.

DONE, this the 25th day of April, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE