IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BOBBY SANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  3:06cv1092-MHT |
| | ) | |
| WESTPOINT STEVENS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the defendant's motion to compel (doc. # 13) and memorandum

in support of the motion to compel (doc. # 14) filed on April 23, 2007, and for good cause,

it is

ORDERED that on or before May 8, 2007, the plaintiff shall show cause why the

motion to compel and the motion for attorney's fees (doc. # 13) should not be granted.

Done this 25th day of April, 2007.


                                    /s/Charles S. Coody
                         _____
                         CHARLES S. COODY
                         CHIEF UNITED STATES MAGISTRATE JUDGE