IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BOBBY LEE SANKS, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.: 03-06cv1092-MHT-CSC |
| | ) |
| WESTPOINT STEVENS, INC. | ) |
|   et al., | ) |
|     Defendants. | ) |

**PLAINTIFF'S OBJECTION TO DEFENDANTS'
MOTION FOR LEAVE TO FILE AMENDED ANSWER**

The Plaintiff, Bobby Lee Sanks, by and through his attorney of record, files this Objection to the Defendants' Motion for Leave to File Amended Answer **(Doc. 15)**, with the following contentions:

1. The proposed Amended Answer serves to unfairly prejudice the Plaintiff's case which leaves the Plaintiff with no other judicial action that can cure such prejudice. The Defendants are alleging that the Plaintiff's damages, if liability is shown, should be limited and calculations for damages as of a certain date, namely November 4, 2007, the date on which the Defendants allegedly closed the plant in which the Plaintiff worked for over 30 years;

2. The Plaintiff avers, among other things, that the closing of the Defendants' plant was not a factor in his termination in that he never received any notice of such closing or proposed closing prior to the Defendants' actions to terminate him **(see attached Exhibit A)**; and,

3. Further, the Plaintiff avers that nothing in the Defendants' initial disclosures indicates that the closing of their

plant was a factor in the Plaintiff's termination, and since it was not, that it should not be allowed to create unfair prejudice against the Plaintiff.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff respectfully prays and requests that this Honorable Court consider this Objection and amend, alter and/or vacate its Order dated the 25th day of April, 2007 **(Doc. 17)**.

                                        Respectfully submitted,

                                        */s/ Lateefah Muhammad*
                                        Lateefah Muhammad  (*Ala. Code* MUH001)
                                        ATTORNEY FOR PLAINTIFF

                                        Lateefah Muhammad, Attorney At Law, P.C.
                                        Post Office Box 1096
                                        Tuskegee, Alabama 36087
                                        (334) 727-1997 telephone and facsimile
                                        lateefahmuhammad@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Plaintiff's Objection to Defendants' Amended Answer to James C. Pennington, Esquire and Fred Suggs, Jr., Esquire, attorneys for Defendants, by sending it, respectively, to OGLETREE DEAKINS, P.C., One Federal Place, Suite 1000, 1819 Fifth Avenue North, Birmingham, Alabama 35203, and to OGLETREE DEAKINS, P.C., 300 North Main Street, Post Office Box 2757, Greenville, South Carolina 29602 in the United States Mail, postage prepaid, on this 2nd day of May, 2007.

                                        */s/ Lateefah Muhammad*
                                        Lateefah Muhammad

2

# EXHIBIT A

```
              IN THE UNITED STATES DISTRICT COURT FOR THE
                      MIDDLE DISTRICT OF ALABAMA
                           EASTERN DIVISION

BOBBY LEE SANKS,                  )
      Plaintiff,                  )
                                  )
v.                                )   CASE NO.: 03-06cv1092-MHT-CSC
                                  )
WESTPOINT STEVENS, INC.           )
   et al.,                        )
      Defendants.                 )
```

### AFFIDAVIT OF BOBBY LEE SANKS

The Affiant, being first duly sworn, says and affirms the following:

1. That his name is Bobby Lee Sanks. He is the Plaintiff in the above case, **Bobby Lee Sanks v. WestPoint Stevens, Inc., et al., 03:06cv1092-MHT**-CSC, filed in the United States District Court in the Middle District of Alabama.

2. That he has reviewed the Defendants' motion for leave to file amended answer as well as the proposed amended answer in the above case;

3. That he disagrees that the amended answer should be allowed;

4. That in the proposed amended answer, the Defendants are changing their earlier answer in a manner that will have a negative bearing on the outcome of this case. Particularly, the Defendants show in their twenty-sixth defense that "to the extent liability is found, Sanks' damages should be limited and calculations for damages terminated as of November 4, 2006, because Sanks would have lost his job no later than November 4,

2006.…" That his damages are continuing from the time of his termination and until this action is disposed and have no bearing on the Defendants' decision to close the plant in which he worked;

5. That during his employment with the Defendants, there was never any announcement or directive, written or otherwise, that his employment would be affected by a plant closure;

6. That, to the contrary, the plant manager made announcements of the Defendants' financial condition getting better, which gave the Plaintiff and other employees hope that they all had a future with the Defendants in terms of continuous employment;

7. The purpose of this affidavit is to express my opposition to the Defendants' proposed amended answer.

_____
Bobby Lee Sanks, Affiant

**STATE OF ALABAMA** )
                     )
**MACON COUNTY**     )

Before me, a Notary Public in and for said County and State, personally appeared Bobby Lee Sanks, who, being first duly sworn, deposes and says that he has read the foregoing Affidavit, that the facts herein are true and correct to the best of his knowledge and ability.
**SWORN TO AND SUBSCRIBED BEFORE ME** this _____2nd_____ day of May, 2007.

_____
Notary Public

My Commission expires: 12/03/08