```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                   MIDDLE DISTRICT OF ALABAMA
                        EASTERN DIVISION

BOBBY LEE SANKS,               )
    Plaintiff,                 )
                               )
v.                             )   CASE NO.: 03-06cv1092-MHT-CSC
                               )
WESTPOINT STEVENS, INC.        )
  et al.,                      )
    Defendants.                )
```

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

The Plaintiff, by and through his attorney of record, respectfully submits this response to the Court's Order to Show Cause (Doc. #18). The Plaintiff offers the following for the Court's consideration:

1. That as of this date, the Plaintiff has responded to each of the Defendants' discovery requests;

2. That the Plaintiff's attorney had several extenuating circumstances to occur that prevented her from responding within the time allowed prior to the Defendants' Motion to Compel (Doc. #13) and Memorandum in Support of the Motion to Compel (Doc. #14) were filed. Since January 2007, she has had four family members who became very ill; one of whom is now deceased and two of whom suffered and are still suffering debilitating conditions (heart attacks and strokes) and who required family involvement that took the Plaintiff's attorney away from her usual work. The Plaintiff's attorney herself and her husband were out on medical leave during February and March 2007. The Plaintiff's attorney

communicated this to the Defendants' attorney prior to the filing of his Motion and Memorandum;

3. That the Plaintiff's attorney's assistant has been on medical leave all year and no replacement has been employed. That the Plaintiff's attorney has had to rely on temporary help or her own assistance in preparing the discovery responses;

4. That the Plaintiff, who has never been involved in litigation before this action presently pending before the Court, has had difficulty in gathering certain information needed to respond to the discovery request. The Plaintiff's attorney communicated this fact to the Defendants' attorney prior to the filing of his Motion and Memorandum;

5. That the Defendants have suffered no harm as a result of the Plaintiff's delay in getting the discovery responses to them; and,

6. That while reasonable expenses are allowable under the Rules, the Plaintiff respectfully requests that this Court will deny the Defendants' attorneys those expenses as both the Plaintiff and his attorney's resources are sparse.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that this Court will deny the Defendants' Motion to Compel as it is moot, and will deny the Defendants' request for attorney's fee as it will be a hardship on both the Plaintiff and his attorney to incur such expense.

Respectfully submitted,

s/Lateefah Muhammad
Lateefah Muhammad  (*Ala. Code* MUH001)
ATTORNEY FOR PLAINTIFF

Lateefah Muhammad, Attorney At Law, P.C.
Post Office Box 1096
Tuskegee, Alabama 36087
(334) 727-1997 telephone and facsimile
lateefahmuhammad@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 8 May 2007, I electronically filed the foregoing Plaintiff's Response to Court's Order to Show with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James C. Pennington, Esquire and Fred Suggs, Jr., Esquire, attorneys for Defendants.

s/Lateefah Muhammad
Lateefah Muhammad

3