IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BOBBY LEE SANKS, )<br>)<br>　Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv1092-MHT |
| ) | |
| WESTPOINT STEVENS, INC., )<br>and WESTPOINT HOMES, INC., )<br>) | |
| 　Defendants. ) | |

ORDER

It is ORDERED that plaintiff's objection to allowance of amended answer (Doc. No. 20) is overruled.

DONE, this the 10th day of May, 2007.


　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE