**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **BOBBY LEE SANKS,** | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 03-06cv1092-MHT-CSC |
| | ) |
| **WESTPOINT STEVENS, INC.** | ) |
|   et al., | ) |
|     Defendants. | ) |

**PLAINTIFF'S REPLY TO DEFENDANTS' REPLY**
**TO PLAINTIFF'S SHOW CAUSE RESPONSE**

The Plaintiff, by and through his attorney of record, respectively submits this reply to the Defendants' Reply (**Doc #23**) o Plaintiff's Show Cause Response (**Doc #22**). The Plaintiff offers the following:

1. The Plaintiff sent to the Defendants on the 8th day of May, 2007, by United States Priority Mail, his fully executed responses to the Defendants' discovery requests as Ordered by this Court, a copy of which can be produced for the Court's review, if the Court wishes. Since it is a matter of discovery, the Plaintiff has not included a copy here;

2. In addition, the Plaintiff sent by email to the Defendants, on the 8th day of May, 2007, his electronically signed responses, in portable document format, to the Defendants' discovery requests. Again, the Plaintiff has not produced a copy here because it is a matter of discovery; however, if the Court wishes, a copy can be produced; and,

3. Further, the Plaintiff represents to this Court that in response to the Defendants' claim that he never received the discovery responses, the Plaintiff sent by facsimile on the 11th day of May, 2007, a copy of the identical discovery responses (without the production items) which were originally sent by United States Priority Mail to the Defendants on 8 May 2007.

       s/Lateefah Muhammad
       Lateefah Muhammad  (*Ala. Code* MUH001)
       ATTORNEY FOR PLAINTIFF


       Lateefah Muhammad, Attorney At Law, P.C.
       Post Office Box 1096
       Tuskegee, Alabama 36087
       (334) 727-1997 telephone and facsimile
       lateefahmuhammad@aol.com
       ASB-2673-A58L


**CERTIFICATE OF SERVICE**

 I hereby certify that on 11 May 2007, I electronically filed the foregoing Plaintiff's Reply to Defendants' Reply to Plaintiff's Show Cause Response to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James C. Pennington, Esquire and Fred Suggs, Jr., Esquire, attorneys for Defendants.

       s/Lateefah Muhammad
       Lateefah Muhammad

2