IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BOBBY SANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06cv1092-MHT |
| | ) | |
| WESTPOINT STEVENS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Now pending before the court is the defendant's motion to compel and motion for attorney's fees (doc. # 13), and the plaintiff's responses (docs. # 22 & 25). Upon consideration of the motion, and the plaintiff's responses, and for good cause, it is

ORDERED that the motion to compel and motion for attorney's fees be and is hereby SET for oral argument on May 29, 2007, at 11:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 15th day of May, 2007.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE