**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| Bobby Sanks,                                  ) | |
|                             ) | |

Bobby Sanks,                                  )

                **Plaintiff,**                )

                           )

**v.**                                                  )    **C. A. No.: 3:06-CV-1092-T**

                           )

**WestPoint Stevens, Inc., and**          )
**WestPoint Home, Inc.**                     )

                           )

               **Defendants.**            )
_____)

## SUPPLEMENT TO MOTION FOR FEES AND EXPENSES

    **COME NOW** the Defendants, and pursuant to this Court's Order entered May 15, 2007 (Doc. 26), supplement their motion filed April 23, 2007 (Doc. 13), in which Defendants requested this Honorable Court to enter an order awarding Defendant the attorneys' fees and expenses incurred in making Defendants' Motion to Compel.

    1.    The Declaration of Fred W. Suggs, Jr., with supporting documentation establishing an hourly rate of $400 for Suggs' time, $145 for Paralegal Sheri Childress, and $60 for Paralegal Teresa Douglas is attached as Attachment A. The statements for professional fees attached to Suggs' Affidavit (Attachments B, C, D, E, F, and G), document professional fees which have actually been billed to WestPoint Home, or will be billed to WestPoint Home, in the amount of $5,496.00.

    2.    The Declaration of James C. Pennington establishes Mr. Pennington's hourly rate at $295 (Attachment H).

    3.    The Affidavit of Brian P. Murphy establishes the competence of Fred Suggs and the reasonableness of the hourly rate and time expended (Attachment I).

4.      As established by Defendants' Memorandum Supporting its Motion to Compel Discovery (Doc. 14), Defendants' counsel have been extremely lenient with Plaintiff's counsel in seeking answers to its discovery served on March 1, 2007.  Defendants' counsel granted numerous extensions and refrained from filing a motion to compel until it became clear that discovery responses would not be provided unless the motion was filed.

5.      Defendants' Motion to Compel was filed on April 23 (Doc. 13).  An Order for the Plaintiff to Show Cause by May 8, was issued on April 25 (Doc. 18). On May 8, Plaintiff responded to the show cause order by making numerous excuses (Doc. 22). On May 11, Plaintiff's counsel claimed that on May 8, discovery responses had been sent by e-mail, facsimile, and United States Priority Mail.  The e-mail was not received by Defendants' counsel. The facsimile, without any of the documents that were to be produced, was received in Birmingham on May 11. On Monday, May 14, the discovery responses arrived by regular mail with an undated postage meter stamp (Attachment J).

6.      Plaintiff's counsel's course of conduct proves that Defendants' filing a motion to compel was necessary, and, but for that motion, it appears that the discovery would not have been received.

7.      Attachment L demonstrates that even after purporting to respond to discovery, plaintiff has failed to provide complete responses to the discovery. Absent sanctions being imposed on plaintiff, plaintiff is likely to continue to resist defendants' genuine and reasonable efforts at obtaining information to defend against this action.

8.      In a similar case against the same Defendants, where Ms. Lateefah Muhammad represents the Plaintiff and where discovery responses were supplied only after the filing of a

Motion to Compel, WestPoint Home was awarded its reasonable fees and expenses based on the same hourly rates and similar time expended as are used here (Attachment K).

**WHEREFORE**, for the reasons stated in the Court's Order and the accompanying Memorandum, Defendants pray that this Motion be granted.

Dated this 25th day of May, 2007.

Respectfully submitted,

**/s/ James C. Pennington**
James C. Pennington
(ASB-1287-N62J)

OGLTREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place
1819 5th Avenue North, Suite 1000
Birmingham, Alabama  35203-2118
Telephone: (205) 328-1900
Facsimile:  (205) 328-6000
James.Pennington@odnss.com

Fred W. Suggs (ASB-3587-G61F)
OGLTREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
300 North Main Street (29601)
Post Office Box 2757
Greenville, South Carolina 29602
Telephone: (864) 271-1300
Facsimile:  (864) 235-4754
Fred.Suggs@ogletreedeakins.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 25, 2007, I electronically filed the foregoing **Defendants'**

**Motion for Fees and Expenses** with the Clerk of the Court using the CM/ECF system, which

will send notification of such filing to the following:


**Lateefah Muhammad**


Respectfully submitted,

**<u>/s/ James C. Pennington</u>**
OF COUNSEL.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| Bobby Sanks, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No.: 3:06-CV-1092-T |
| | ) | |
| WestPoint Stevens, Inc., and | ) | |
| WestPoint Home, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

---

## DECLARATION OF FRED W. SUGGS, JR.

---

1.      My name is Fred W. Suggs, Jr. I am over the age of 19 years. The statements in this declaration are based on my personal knowledge of the facts of this matter.

2.      I graduated from the University of Alabama School of Law in 1975. I am admitted to the Bars of Alabama, Florida, and South Carolina.

3.      I am a Shareholder in the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and have been a Shareholder continuously since January 1, 1980.

4.      My Biography is included as Attachment M.

5.      Ogletree, Deakins, Nash, Smoak & Stewart, P.C., maintains an office in Birmingham, Alabama. Although I occasionally work from the Birmingham office, my principal office is in Greenville, South Carolina.

**ATTACHMENT A**

6.      My customary hourly rate is $400 for all matters.  The hourly rate for experienced paralegal Sheri Childress is $145, and the paralegal rate for Teresa Douglas is $60 an hour.

7.      I have reviewed the attached statements for professional fees (Attachments B, C, D, E, F, and G), related to drafting the unanswered discovery and preparing a Motion to Compel and attest that the amounts listed are those that have actually been billed to WestPoint Home or will be billed to WestPoint Home.  WestPoint Home has paid all of the statements, except those for April.  Where entries contain descriptions of work which are not related to preparing the discovery or the motion to compel in this matter, a judgment has been made about the amount of time that was related to preparing the discovery or motion to compel and that reduced amount of time and the dollar value of the time are listed in brackets.

8.      On May 14, 2007, the undersigned received responses to Defendants' Interrogatories, Requests for Admissions, and Requests to Produce.  The documents were delivered by regular United States mail in an undated envelopment (Attachment J).  There were deficiencies in the Plaintiff's responses which have been brought to the attention of Plaintiff's counsel (Attachment L).

9.      In a similar case against the same Defendants, where Ms. Lateefah Muhammad represents the Plaintiff and where discovery responses were supplied only after the filing of a motion to compel, WestPoint Home was awarded its reasonable fees and expenses based on the same hourly rates and similar time expended as are used here (Attachment K).

10.     The entries on the attached statements for professional fees total $5,496.00.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information contained in this Declaration is true and correct and that nay additions, modifications or deletions have been made and initialed by me.

Dated this 22st day of May, 2007.

Respectfully submitted,

 /s/ **Fred W. Suggs, Jr.**
Fred W. Suggs, Jr.

4968140.1



**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina 29602
Telephone: 864.241.1900
Facsimile: 864.235.4649
www.ogletreedeakins.com

February 8, 2007

Donna Edbril, Esq., General Counsel
WestPoint Home, Inc.
28 East 28 Street
New York, NY 10016

PERSONAL AND CONFIDENTIAL

Invoice # 459802
Matter # 947124-000127

**Re: Bobby L. Sanks**

For professional services rendered through January 31, 2007, in connection with the above-
referenced matter as outlined on the attached detailed billing sheets:

---

For professional services rendered through January 31, 2007:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/15/07 | FWS | Outline Interrogatories, Requests to Produce, Requests to Admit. | [.50 | 200.00] |
| 01/18/07 | SMC | Prepare Interrogatories, Request for Production. | [2.00 | 290.00] |
| 01/25/07 | SMC | Prepare Requests for Admissions. | [3.00 | 435.00] |
| | | Total Services | 5.50 | $925.00 |

**ATTACHMENT B**

PLEASE REMIT TO:    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta, GA • Austin, TX • Birmingham, AL • Charleston, SC • Charlotte, NC • Chicago, IL • Cleveland, OH • Columbia, SC • Dallas, TX • Greensboro, NC
Greenville, SC • Houston, TX • Indianapolis, IN • Kansas City, MO • Los Angeles, CA • Miami, FL • Morristown, NJ • Nashville, TN • Philadelphia, PA
Phoenix, AZ • Pittsburgh, PA • Raleigh, NC • St. Thomas, VI • San Antonio, TX • Tampa, FL • Torrance, CA • Tucson, AZ • Washington, DC


**Ogletree Deakins**
ATTORNEYS AT LAW

Page 2
02/08/07
Invoice No. 459802
947124-000127-FWS

## Timekeeper Summary

| Timekeeper | Title | Rate |
|---|---|---|
| Fred W. Suggs, Jr. | Shareholder | 400.00 |
| James C. Pennington | Shareholder | 295.00 |
| Karen K. Allen | Paralegal | 150.00 |
| Sheri M. Childress | Paralegal | 145.00 |
| Teresa S. Douglas | Other | 60.00 |

4968553.2

PLEASE REMIT TO:    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.



**Ogletree Deakins**
ATTORNEYS AT LAW

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina 29602
Telephone: 864.241.1900
Facsimile: 864.235.4649
www.ogletreedeakins.com

March 7, 2007

L. Foy Fisher, III, VP Human Resources
WestPoint Home, Inc.
Post Office Box 71
West Point, GA 31833

PERSONAL AND CONFIDENTIAL

Invoice # 465961
Matter # 947124-000127

**Re:  Bobby L. Sanks**

For professional services rendered through February 28, 2007, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

For professional services rendered through February 28, 2007:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/16/07 | FWS | Draft first discovery. | **[.50** | **200.00]** |
| 02/19/07 | FWS | Prepare First Interrogatories; prepare First Requests for Production. | **[.50** | **200.00]** |
| 02/20/07 | SMC | Prepare Interrogatories and Request for Production. | **[1.00** | **145.00]** |
| 02/27/07 | SMC | Prepare Interrogatories, Requests for Production and Requests for Admissions and send to client for review. | 2.30 | 333.50 |
| | | Total Services | 4.30 | $878.50 |

**ATTACHMENT C**

PLEASE REMIT TO:     Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta, GA • Austin, TX • Birmingham, AL • Charleston, SC • Charlotte, NC • Chicago, IL • Cleveland, OH • Columbia, SC • Dallas, TX • Greensboro, NC
Greenville, SC • Houston, TX • Indianapolis, IN • Kansas City, MO • Los Angeles, CA • Miami, FL • Morristown, NJ • Nashville, TN • Philadelphia, PA
Phoenix, AZ • Pittsburgh, PA • Raleigh, NC • St. Thomas, VI • San Antonio, TX • Tampa, FL • Torrance, CA • Tucson, AZ • Washington, DC


**Ogletree Deakins**
ATTORNEYS AT LAW

Page 2
03/07/07
Invoice No. 465961
947124-000127-FWS

**Timekeeper Summary**

| Timekeeper | Title | Rate |
|---|---|---|
| Fred W. Suggs, Jr. | Shareholder | 400.00 |
| James C. Pennington | Shareholder | 295.00 |
| Sheri M. Childress | Paralegal | 145.00 |
| Teresa S. Douglas | Other | 60.00 |

4968439.2

PLEASE REMIT TO:    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.



**Ogletree Deakins**
ATTORNEYS AT LAW

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina 29602
Telephone: 864.241.1900
Facsimile: 864.235.4649
www.ogletreedeakins.com

April 5, 2007

Donna Edbril, Esq., General Counsel
WestPoint Home, Inc.
28 East 28 Street
New York, NY 10016

PERSONAL AND CONFIDENTIAL

Invoice # 471998
Matter # 947124-000127

**Re: Bobby L. Sanks**

For professional services rendered through March 31, 2007, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

---

For professional services rendered through March 31, 2007:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/01/07 | FWS | Prepare discovery. | **[.50** | **200.00]** |
| 03/01/07 | SMC | Prepare Requests for Admissions; prepare letter to Plaintiff's counsel serving written discovery. | 1.20 | 174.00 |
| 03/23/07 | FWS | Letter to Lateefah Muhammad regarding compliance with Rule 26 disclosures and upcoming discovery deadline. | **[.30** | **120.00]** |
| 03/26/07 | FWS | Letter to Muhammad regarding 26(a) disclosures and responses to WPH written discovery. | 0.30 | 120.00 |
| 03/26/07 | SMC | Check accuracy of dates in correspondence to Plaintiff's counsel concerning discovery responses; index new documents. | **[.30** | **43.50]** |
| | | Total Services | 2.60 | $657.50 |

**ATTACHMENT D**

PLEASE RE.                                                      .C.

Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta, GA • Austin, TX • Birmingham, AL • Charleston, SC • Charlotte, NC • Chicago, IL • Cleveland, OH • Columbia, SC • Dallas, TX • Greensboro, NC
Greenville, SC • Houston, TX • Indianapolis, IN • Kansas City, MO • Los Angeles, CA • Miami, FL • Morristown, NJ • Nashville, TN • Philadelphia, PA
Phoenix, AZ • Pittsburgh, PA • Raleigh, NC • St. Thomas, VI • San Antonio, TX • Tampa, FL • Torrance, CA • Tucson, AZ • Washington, DC



## Timekeeper Summary

| Timekeeper | Title | Rate |
|------------|-------|------|
| Fred W. Suggs, Jr. | Shareholder | 400.00 |
| Fred W. Suggs, Jr. | Shareholder | 0.00 |
| Karen K. Allen | Paralegal | 150.00 |
| Sheri M. Childress | Paralegal | 145.00 |
| Teresa S. Douglas | Other | 60.00 |

4968484.1

PLEASE REMIT TO:    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta, GA • Austin, TX • Birmingham, AL • Charleston, SC • Charlotte, NC • Chicago, IL • Cleveland, OH • Columbia, SC • Dallas, TX • Greensboro, NC
Greenville, SC • Houston, TX • Indianapolis, IN • Kansas City, MO • Los Angeles, CA • Miami, FL • Morristown, NJ • Nashville, TN • Philadelphia, PA
Phoenix, AZ • Pittsburgh, PA • Raleigh, NC • St. Thomas, VI • San Antonio, TX • Tampa, FL • Torrance, CA • Tucson, AZ • Washington, DC

# Ogletree Deakins

ATTORNEYS AT LAW

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina 29602
Telephone: 864.241.1900
Facsimile: 864.235.4649
www.ogletreedeakins.com

May 9, 2007

Donna Edbril, Esq., General Counsel
WestPoint Home, Inc.
28 East 28 Street
New York, NY 10016

PERSONAL AND CONFIDENTIAL

Invoice # 479956
Matter # 947124-000127

**Re: Bobby L. Sanks**

For professional services rendered through April 30, 2007, in connection with the above-referenced
matter as outlined on the attached detailed billing sheets:

For professional services rendered through April 30, 2007:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/03/07 | FWS | Follow up letter to Lateefah Muhammad regarding Rule 26(a) response and answer to discovery and response to motion to amend - | **[.30** | **120.00]** |
| 04/06/07 | FWS | Call to Lateefah Muhammad regarding answers to discovery. | 0.30 | 120.00 |
| 04/06/07 | SMC | Telephone message and follow up e-mail to plaintiff's counsel regarding discovery. | 0.10 | 14.50 |
| 04/09/07 | FWS | Letter to Lateefah Muhammad regarding discovery; call from Lateefah Muhammad regarding discovery. | **[.50** | **200.00]** |
| 04/12/07 | FWS | Prepare for conference call with Lateefah Muhammad on pending discovery. | **[.20** | **80.00]** |

**ATTACHMENT E**

PLEASE REMIT TO:    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta, GA • Austin, TX • Birmingham, AL • Charleston, SC • Charlotte, NC • Chicago, IL • Cleveland, OH • Columbia, SC • Dallas, TX • Greensboro, NC
Greenville, SC • Houston, TX • Indianapolis, IN • Kansas City, MO • Los Angeles, CA • Miami, FL • Morristown, NJ • Nashville, TN • Philadelphia, PA
Phoenix, AZ • Pittsburgh, PA • Raleigh, NC • St. Thomas, VI • San Antonio, TX • Tampa, FL • Torrance, CA • Tucson, AZ • Washington, DC


**Ogletree**
**Deakins**
ATTORNEYS AT LAW

Page 2
05/09/07
Invoice No. 479956
947124-000127-FWS

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/16/07 | FWS | Receive and review letter from Lateefah Muhammad dated April 13, regarding tardy discovery; related research under FRCP and local rules; letter to Lateefah Muhammad. | [.50 | 200.00] |
| 04/20/07 | FWS | Prepare motion to compel. | [.80 | 320.00] |
| 04/20/07 | SMC | Review file and assemble potential attachments to Motion to Compel. | 1.00 | 145.00 |
| 04/23/07 | FWS | Prepare Motion to Compel. | [.50 | 200.00] |
| 04/23/07 | SMC | Prepare Motion to Compel Responses to Written Discovery and Memorandum in Support with attachments. | [2.00 | 290.00] |
| 04/25/07 | FWS | Receive and review Notice to Show Cause on Motion to Compel and for Attorneys' Fees; review and revise Motion on Attorneys' Fees. | [.30 | 120.00] |
| 04/26/07 | FWS | Letter to Lawrence Williams regarding court's action on motions. | 0.30 | 120.00 |
| | | Total Services | 6.80 | $1,929.50 |

### Timekeeper Summary

| Timekeeper | Title | Rate |
|------------|-------|------|
| Fred W. Suggs, Jr. | Shareholder | 400.00 |
| James C. Pennington | Shareholder | 295.00 |
| Sheri M. Childress | Paralegal | 145.00 |
| Teresa S. Douglas | Other | 60.00 |

4968515.1

PLEASE REMIT TO:    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta, GA • Austin, TX • Birmingham, AL • Charleston, SC • Charlotte, NC • Chicago, IL • Cleveland, OH • Columbia, SC • Dallas, TX • Greensboro, NC
Greenville, SC • Houston, TX • Indianapolis, IN • Kansas City, MO • Los Angeles, CA • Miami, FL • Morristown, NJ • Nashville, TN • Philadelphia, PA
Phoenix, AZ • Pittsburgh, PA • Raleigh, NC • St. Thomas, VI • San Antonio, TX • Tampa, FL • Torrance, CA • Tucson, AZ • Washington, DC

Billed and Unbilled Recap Of Time Detail - [947124-000127 - Bobby L. Sanks]     Page 1
Client:947124 - WestPoint Home, Inc.   05/21/2007 2:12:23 PM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 05/01/2007 | 7896 | Teresa S. Douglas | 0.20 | 12.00 | Posted Plaintiff's deadlines from Orders on Motion to Compel and Motion to Grant Attorney's fees. | 947124-000127 | 4063892 |
| | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/09/2007 | 6044 | Sheri M. Childress | 0.30 | 43.50 | Receipt and review of Plaintiff's Response to Order to Show Cause. | 947124-000127 | 4066226 |
| 05/09/2007 | 7896 | Teresa S. Douglas | 2.30 | 138.00 | prepare Reply to Plaintiff's Response to Order to Show Cause | 947124-000127 | 4064126 |
| 05/09/2007 | 0014 | Fred W. Suggs Jr. | 0.90 | 360.00 | Prepare Response to Rule to Show Cause | 947124-000127 | 4059342 |
| 05/09/2007 | 0908 | James C. Pennington | 0.30 | 88.50 | work on reply to plaintiff's response to order to show cause | 947124-000127 | 4056330 |
| 05/10/2007 | 0908 | James C. Pennington | 0.50 | 147.50 | work on reply to plaintiff's response to order to show cause | 947124-000127 | 4057138 |
| 05/10/2007 | 7896 | Teresa S. Douglas | 2.60 | 156.00 | Continued preparation of Reply to Plaintiff's Response to Order to Show Cause; submit draft to James Pennington for review; finalize with James Pennington's changes; file reply. | 947124-000127 | 4064132 |

**ATTACHMENT F**

Billed and Unbilled Recap Of Time Detail - [947124-000127 - Bobby L. Sanks]                                    Page 2
Client:947124 - WestPoint Home, Inc.   05/21/2007 2:12:23 PM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/11/2007 | 0014 | Fred W. Suggs Jr. | 0.40 | 160.00 | Receive and review Sanks' reply; telephone conference with Sheri Childress regarding receipt of discovery responses from Muhammad; telephone conference with James Pennington regarding same. | 947124-000127 | 4061480 |
| | | GRAND TOTALS:   BILL: | 7.50 | $1,105.50 | | | |

*Estimate for May 29:*

Prepare for and attend oral argument in Montgomery on
May 29, 2007, at 11:00 a.m., as ordered by Judge Coody.     J. *Pennington*  6.00 hrs.     $1,770.00

4968312.1

**ATTACHMENT G**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| Bobby Sanks, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No.: 3:06-CV-1092-T |
| | ) | |
| WestPoint Stevens, Inc., and | ) | |
| WestPoint Home, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

---

## DECLARATION OF JAMES C. PENNINGTON

---

1.    My name is James C. Pennington. I am over the age of 19 years. The statements in this declaration are based on my personal knowledge of the facts of this matter.

2.    I graduated from Vanderbilt University School of Law in 1990. I am admitted to the Alabama Bar.

3.    I am a Shareholder in the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

4.    My Biography is included as Attachment N.

5.    Ogletree, Deakins, Nash, Smoak & Stewart, P.C., maintains an office in Greenville, South Carolina. Although I occasionally work from the Greenville office, my principal office is in Birmingham, Alabama.

6.    My customary hourly rate is $295 for all matters.

**ATTACHMENT H**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information contained in this Declaration is true and correct and that nay additions, modifications or deletions have been made and initialed by me.

Dated this 22nd  day of May, 2007.

Respectfully submitted,

**/s/ James C. Pennington**
James C. Pennington

4968183.1

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| Bobby Sanks, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No.: 3:06-CV-1092-T |
| | ) | |
| WestPoint Stevens, Inc., and | ) | |
| WestPoint Home, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

---

### AFFIDAVIT OF BRIAN P. MURPHY

---

**COMES NOW**, Brian P. Murphy, who, after being duly sworn, deposes and says:

1.    I was born on May 24, 1965. I am competent to give this Affidavit.

2.    I received a J.D. from the University of South Carolina in 1992. I am admitted to the Bars of Pennsylvania and South Carolina. I maintain my law office in Greenville, South Carolina, where I limit my practice to labor and employment law and commercial litigation. Although I occasionally represent defendants, my practice is primarily representing plaintiffs in labor and employment matters.

3.    I am familiar with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. I know Fred W. Suggs, Jr., from practicing law with him from 1994 to 1996. I have participated in South Carolina Bar activities with Mr. Suggs and have enjoyed the numerous presentations he makes to our section of the Bar. I have held mediations in which Mr. Suggs represented one of the parties.

**ATTACHMENT I**

I have had a number of employment cases where I represented the plaintiff, and Mr. Suggs represented the defendant as well as one case in which he represented a plaintiff corporation and I represented a defendant.

4.      Mr. Suggs adheres to the highest ethical standards.  He is extremely efficient and neither engages in unnecessary work nor prolongs proceedings.  Mr. Suggs has an excellent reputation as a zealous, but fair advocate and is certainly considered to be one of the top defense employment litigators in South Carolina.

5.      I have reviewed Mr. Suggs' Affidavit and the accompanying statements for services. I find both the hourly rate of $400 and the time expended on discovery matters, including WestPoint Home's Motion to Compel Discovery, to be reasonable and customary.

6.      I also am well familiar with Sheri Childress from having worked with her on several cases and from having her assist in a mediation that I conducted.  Ms. Childress is an outstanding paralegal, who takes on responsibilities at a very senior level. Ogletree's clients are very well served by having her perform services at $145 per hour.

Dated this 22nd day of May, 2007.

Respectfully submitted,

Brian P. Murphy (#6405)

BRIAN MURPHY LAW FIRM, P.C.
708 E. McBee Avenue
Greenville, South Carolina 29601
Telephone: (864) 370-9400
Facsimile:  (864) 241-1386
brian@brianmurphylawfirm.com

2

SWORN TO and subscribed before me
this 22nd day of May, 2007.

_____
Notary Public for South Carolina
My Commission Expires:_____

My Commission Expires
June 22, 2010

4968253.1

3



PITNEY BOWES
$004.20⁰
02 1P $
0003233815
MAILED FROM ZIP CODE 36083
UNITED STATES POSTAGE

LATEEFAH MUHAMMAD
Attorney At Law, P.C.
Post Office Box 1096
Tuskegee, Alabama 36087

FRED W SUGGS JR ESQ
OGLETREE DEAKINS P C
300 NORTH MAIN ST
P O BOX 2757
GREENVILLE S C 29602

**ATTACHMENT J**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PATRICIA J. GIBSON,                    )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )        3:06-CV-0974-MEF
                                       )
WESTPOINT STEVENS, INC., et al.,       )
                                       )
            Defendants.                )

## ORDER

Upon of review and consideration of *Defendants' Motion for Fees and Expenses* (Doc. 24, filed May 9, 2007), *Plaintiff's Objection to Defendants' Motion for Attorney's Fees and Expenses* (Doc. 28, filed May 14, 2007), and the oral arguments of counsel, it is for good cause

**ORDERED** that *Defendants' Motion for Fees and Expenses* (Doc. 24) is **GRANTED** to the extent it seeks recovery of expenses incurred in pursuit of its *Motion to Compel* (Doc. 18).[1]  Defendants are awarded reasonable expenses in the amount of **$2,500.00**.  The parties shall attempt, on their own, to determine the time and manner for collecting the $2,500.00 award.  The remaining fees requested are **DENIED**.[2]

---

[1]    Reasonable expenses incurred in making a motion to compel are recoverable under FED. R. CIV. P. 37(a)(4).

[2]    Defendants requested in total $4,303.50.

Page 1 of 2

**ATTACHMENT K**

DONE this 14th day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

**Childress, Sheri M**

---

| | |
|---|---|
| **From:** | efile_notice@almd.uscourts.gov |
| **Sent:** | Monday, May 14, 2007 5:51 PM |
| **To:** | almd_mailout@almd.uscourts.gov |
| **Subject:** | Activity in Case 3:06-cv-00974-MEF-TFM Gibson v. WestPoint Stevens, Inc. et al "Order on Motion for Attorney Fees" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## Alabama Middle District

Notice of Electronic Filing

The following transaction was received from wcl, entered on 5/14/2007 at 4:50 PM CDT and filed on 5/14/2007

| | |
|---|---|
| **Case Name:** | Gibson v. WestPoint Stevens, Inc. et al |
| **Case Number:** | 3:06-cv-974 |
| **Filer:** | |
| **Document Number:** | 30 |

**Docket Text:**
ORDERED that Dft's [24] Motion for Fees and Expenses is GRANTED to the extent it seeks recovery of expenses incurred in pursuit of its [18] Motion to Compel. Dfts are awarded reasonable expenses in the amount of $2,500.00. The parties shall attempt, on their own, to determine the time and manner for collecting the $2,500.00 award. The remaining fees requested are DENIED. Signed by Judge Terry F. Moorer on 5/14/2007. (wcl, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=5/14/2007] [FileNumber=725293-0]
[7bbf33327bf178d818169290eb6078db823637610d7c481aba5c64e98a38d8039ee2
320c87a3241f26e7d54ae01817fa2af228eb9dcbb0644cc46875f498dbcd]]

**3:06-cv-974 Notice will be electronically mailed to:**

Lateefah Muhammad    lateefahmuhammad@aol.com

James C. Pennington    james.pennington@odnss.com, teresa.douglas@odnss.com

Fred W Suggs , Jr    fred.suggs@odnss.com, sheri.childress@odnss.com, bonny.geren@odnss.com

**3:06-cv-974 Notice will be delivered by other means to:**

5/15/2007

# Ogletree Deakins

ATTORNEYS AT LAW

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

The Ogletree Building
300 North Main Street
Post Office Box 2757
Greenville, South Carolina 29602
Telephone: 864.271.1300
Facsimile:  864.235.4754
www.ogletreedeakins.com

May 18, 2007

Lateefah Muhammad, Esquire
P.O. Box 1096
Tuskegee Institute, AL  36087

> **Re:**    ***Bobby Sanks v. WestPoint Stevens, Inc. and WestPoint Home, Inc.***
> ***C. A. No.:  3:06-CV-1092T***

Dear Ms. Muhammad:

Plaintiff's Response to Defendant's [*sic*] Interrogatories are deficient in the following respects:

1. ***Interrogatory No. 1*** – The next-to-the-last unnumbered paragraph on page 5 provides as follows:

   > Sanks recalls being racially discriminated against by management when only white employees were appointed machinists and no black employee was ever considered, let alone appointed, into the position.

   Identify "management" and identify the "white employees" [who] were appointed "machinists."

2. ***Interrogatory No. 11*** – In Sanks' answers to Interrogatory No. 11, a number of individuals are mentioned.  Please see the definition of "Identify" and provide the requested information so that WestPoint Home can reasonably determine who these individuals are.

3. ***Interrogatory No. 20*** – Interrogatory No. 20 asks that an explanation be given for each Request for Admission that is denied.  Sanks denied Request for Admissions 3, 4, 10, 11, 45-52, and stated that he could not admit or deny Request for Admissions 24, 25, 32, and 41.  For the foregoing, please set forth the reasons that each was denied or that Sanks could not admit or deny.

## ATTACHMENT L

Atlanta, GA • Austin, TX • Birmingham, AL • Charleston, SC • Charlotte, NC • Chicago, IL • Columbia, SC • Dallas, TX • Greensboro, NC • Greenville, SC • Houston, TX • Indianapolis, IN
Kansas City, MO • Los Angeles, CA • Miami, FL • Morristown, NJ • Nashville, TN • Phoenix, AZ • Raleigh, NC • St. Thomas, VI • San Antonio, TX • Tampa, FL • Torrance, CA • Washington, DC

Lateefah Muhammad, Esquire
May 18, 2007
Page 2

Sincerely,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

Fred W. Suggs, Jr.

FWS, Jr./blg
Enclosures

# Ogletree
# Deakins

**Fred W. Suggs, Jr.**  

Shareholder
fred.suggs@ogletreedeakins.com

**Office(s):**
Greenville
p: 864-271-1300
f: 864-235-8806



**Practice Area(s):** Labor and Employment

**Bio:**

Mr. Suggs has wide experience in labor and employment law. This experience ranges from advising clients on preventive measures to avoid formal charges and lawsuits, handling union campaigns, negotiating collective bargaining agreements, representing clients before the National Labor Relations Board and before the United States Courts of Appeals, to handling individual and class employment discrimination cases before the Equal Employment Opportunity Commission and the federal courts, as well as handling wrongful discharge and other employment-related litigation in state and federal courts.

Mr. Suggs was selected by his peers for listing in *The Best Lawyers in America*.

He has been made a fellow of the College of Labor and Employment Lawyers.  He is a Certified Specialist in Labor and Employment Law.

Mr. Suggs has served the South Carolina Bar Association in many positions including Chairman of the Labor and Employment Section, Chairman of the Professional Responsibility Committee, Member of the Executive Committee of the Board of Grievances, and Thirteenth Judicial Circuit Representative to the House of Delegates.  Mr. Suggs is currently on the Board of Governors, and serves as Secretary of the Bar.

**Education:**

J.D., University of Alabama, 1975
B.S., Kansas State University, 1970

**Admitted to Practice:**

The United States Supreme Court, 1982
The Supreme Court of Alabama, 1975
United States District Courts for the Northern District of Alabama (1984), Southern District of Alabama (1989), Middle District of Alabama (1991), Eastern District of Arkansas (1982), District of Florida (1975) and District of South Carolina (1976)
The Supreme Court of Florida, 1975
The Supreme Court of South Carolina, 1976
United States Courts of Appeal for the Fourth Circuit (1977) and Sixth Circuit (1989)

**Activities:**                              **ATTACHMENT M**

Alabama Bar Association, American Bar Association, Florida Bar Association, South Carolina Bar Association, South Carolina Bar – House of Delegates, South Carolina Bar Board of Governors - Member, South Carolina Bar - Labor and Employment Section - Former Chairman, Judicial Conference United States Court of Appeals for the Fourth Circuit - Permanent Member, Certified Specialist in Labor and Employment Law by South Carolina Supreme Court, Fellow of the College of Labor & Employment Lawyers

# Ogletree Deakins

**James C. Pennington**  



Shareholder
james.pennington@ogletreedeakins.com

**Office(s):**
Birmingham
p: 205-328-1900
f: 205-328-6000

**Practice Area(s):** Class Action Defense, Labor and Employment

**Bio:**

Mr. Pennington began practicing labor and employment law at a large, regional firm in Birmingham in 1990. Since that time he has concentrated his practice in the area of labor and employment law. He became a founding member of the Birmingham office of Ogletree Deakins in 1997.

Mr. Pennington represents employers before state and federal courts and administrative agencies such as the National Labor Relations Board and the Equal Employment Opportunity Commission. He also represents employers before arbitrators and administrative review bodies such as tenure commissions and personnel review panels. His litigation experience includes a broad range of employment-related issues, including discrimination, labor strikes, collective bargaining agreements, employment contracts, class actions, wage and hour disputes, trade secrets, non-competition agreements, and employee benefits. He also has substantial experience representing public employers and non-profit entities in the defense of first amendment and other constitutional and civil rights cases in state and federal courts.

Mr. Pennington devotes a large portion of his practice to counseling with employers on avoidance of labor and employment problems. He works with employers to develop preventive labor relations programs and assists clients in developing personnel policies, procedures and handbooks. Mr. Pennington frequently speaks to and trains human resources professionals and other managers on issues relating to employment.

**Education:**

J.D., Vanderbilt University School of Law, 1990
B.A., Birmingham Southern College, *cum laude*, 1987

**Admitted to Practice:**

State of Alabama
United States Supreme Court
United States Court of Appeals for the Eleventh Circuit
United States District Court for the Northern, Middle, and Southern Districts of Alabama

**Activities:**

American Bar Association - Labor and Employment Section Member, Alabama State Bar - Labor and Employment Section Member, National Association of College and University Attorneys

**ATTACHMENT N**
