IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BOBBY LEE SANKS,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) CASE NO.: 03-06cv1092-MHT-CSC |
| | ) |
| WESTPOINT STEVENS, INC.<br>  et al.,<br>    Defendants. | )<br>)<br>)<br>) |

### PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION AND SUPPLEMENT TO MOTION FOR ATTORNEY'S FEES AND EXPENSES

The Plaintiff, by and through his attorney of record, respectfully submits this Objection to Defendants' Motion for Attorney's Fees and Expenses **(Doc. #13)** and Defendants' Supplement to their Motion for Attorney's Fees and Expenses **(Doc. #27)**. The Plaintiff contends that said Motion is due to be denied. As grounds, the Plaintiff offers the following for the Court's consideration:

1. The Plaintiff respectfully submits the attached Exhibits in support of his Objection to the Defendants' motion;

2. The Plaintiff contends that his delay in responding and/or failure to respond to the Defendants' discovery requests prior to being instructed to do so by this Court occurred as a result of several extenuating circumstances which have been addressed in his previous Response to Show Cause Order of this Court **(Doc. #19)** and which are addressed in the attached Exhibits;

3. The Plaintiff further contends that the said circumstances substantially justify the delay and/or failure, and that the award of attorney's fees and expenses to the Defendants' attorneys would be unjust;

4. Further, the Plaintiff contends that the award would be unjust in that when the totality of the circumstances is considered, including and particularly, the stage of the proceedings, the degree of harm caused to the Defendants toward the merits of the cause, and the special circumstances of the Plaintiff and his attorney, the Court would be just in its decision to deny the Defendants' motion;

5. The Defendants have filed in their request a statement of account for professional services that includes attorney's fees that are being billed for other than services rendered in the matter presently before this Court. Attorney's fees awarded in this action would unjustly enrich the Defendants' counsel;

6. Still further, it appears to the Plaintiff and his attorney that the Defendants' are boasting and bragging about the award of attorney's fees in another case in which the undersigned attorney represents that Plaintiff against the same Defendants here. The Plaintiff here hopes that this Court is not moved by such brash insinuations that an award in this present case is justified; and,

7. The Defendants have requested a fee that is unreasonable and exceeds the local market rate as well as what is just and

fair.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that this Honorable Court will deny the Defendants' Motion for Attorney's Fees and Expenses.

                                        Respectfully submitted,

/s/ Lateefah Muhammad
Lateefah Muhammad (*Ala. Code* MUH001)
ATTORNEY FOR PLAINTIFF

Lateefah Muhammad, Attorney At Law, P.C.
Post Office Box 1096
Tuskegee, Alabama 36087
(334) 727-1997 telephone and facsimile
lateefahmuhammad@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's Objection to Defendants' Motion and Supplement to Motion for Attorney's Fees and Expenses to James C. Pennington, Esquire and Fred Suggs, Jr., Esquire, attorneys for Defendants, by sending it to OGLETREE DEAKINS, P.C., 300 North Main Street, Post Office Box 2757, Greenville, South Carolina 29602, in the United States Mail, postage prepaid, and in open court, on this 29th day of May, 2007.

/s/ Lateefah Muhammad
Lateefah Muhammad

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BOBBY LEE SANKS,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   CASE NO.: 03-06cv1092-MHT-CSC<br>) |
| WESTPOINT STEVENS, INC.<br>   et al.,<br>    Defendants. | )<br>)<br>) |

**AFFIDAVIT OF LATEEFAH MUHAMMAD**

The Affiant, being first duly sworn, says and affirms the following:

1. That her name is Lateefah Muhammad, Attorney At Law. She is over 19 years of age and a resident of the State of Alabama. That she practices law in the United States Middle District of Alabama and has done so since 1992. And, that she is representing the Plaintiff in the above cause;

2. That she has submitted to this Court in the Plaintiff's Response to Show Cause in which she has identified certain extenuating circumstances which caused the delay and/or failure in responding to the Defendants' discovery requests. That said circumstances have been stated under the said Response and are true and accurate to the best of her knowledge. And, that she adopts the statements made regarding her personal extenuating circumstances as true and accurate;

3. That she does not have the resources to pay the attorney's fee and expenses of the attorneys for the Defendants;

4. That she has never failed to disclose discovery in any

case before; and,

5. That the amount of attorney's fees and expenses claimed by the Defendants is unreasonable, duplicative, excessive and not in accord with the local market rate in the Middle District of Alabama.

_____
Lateefah Muhammad, Affiant

**STATE OF ALABAMA** )
)
**MACON COUNTY** )

Before me, a Notary Public in and for said County and State, personally appeared Lateefah Muhammad, who, being first duly sworn, deposes and says that she has read the foregoing Affidavit, that the facts herein are true and correct to the best of her knowledge and ability.

**SWORN TO AND SUBSCRIBED BEFORE ME** this ___29___ day of May, 2007.

_____
Notary Public

SEAL

My Commission expires:

My Commission Expires 07-02-08

2

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BOBBY LEE SANKS,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) CASE NO.: 03-06cv1092-MHT-CSC<br>) |
| WESTPOINT STEVENS, INC.<br>  et al.,<br>    Defendants. | )<br>)<br>)<br>) |

### AFFIDAVIT OF BOBBY LEE SANKS

The Affiant, being first duly sworn, says and affirms the following:

1. That his name is Bobby Lee Sanks. He is the Plaintiff in the above case, *Bobby Lee Sanks v. WestPoint Stevens, Inc., et al.*, **03:06cv1092-MHT-CSC**, filed in the United States District Court in the Middle District of Alabama.

2. That he has reviewed the Defendants' motion for attorney's fees and expenses in the above case;

3. That he disagrees that the motion should be granted, and respectfully ask this Honorable Court to deny their request;

4. That he has unable to gain substantial employment since his alleged unlawful termination by the Defendants. That he is presently unemployed and has no income. That he has had surgery within the past year and has applied for disability but has not been approved. That, while he is medically better than he was earlier this year, he has been in and out of the doctors' office all year long, which has caused some delays for him. That it will be an extreme hardship on him to be required to pay the

Defendants' attorney's fees in this case;

5. That he believes the Defendants and their attorneys are retaliating against him because he, first, filed this lawsuit against the Defendants, and second, he objected to them amending their answer that they initially filed in this lawsuit. That they filed said amended answer only after the fact that the Defendants closed the plant, which occurred <u>after</u> this lawsuit was filed. That the Plaintiff worked for the Defendants at that plant for over thirty (30) years and no notice of closure was ever given during his employment;

6. That he has supplied his lawyer, Attorney Lateefah Muhammad, who represents him in this lawsuit, with as much paperwork as he has been able to obtain to this point; and,

7. That he does not have any money to pay to WestPoint's lawyers.

_____
Bobby Lee Sanks, Affiant

**STATE OF ALABAMA** )
)
**MACON COUNTY** )

Before me, a Notary Public in and for said County and State, personally appeared Bobby Lee Sanks, who, being first duly sworn, deposes and says that he has read the foregoing Affidavit, that the facts herein are true and correct to the best of his knowledge and ability.

**SWORN TO AND SUBSCRIBED BEFORE ME** this _____29th_____ day of May, 2007.

_____
Notary Public

My Commission expires: 12/03/08

# EXHIBIT C

STATE OF ALABAMA    )

MACON COUNTY        )

### AFFIDAVIT OF TRACIE H. JACKSON

The Affiant, being first duly sworn, says and affirms the following:

1. My name is Tracie H. Jackson. I am over 19 years of age and a resident of the State of Alabama;

2. I was employed by Attorney Lateefah Muhammad as her legal assistant. I have not worked with her at all this year because I had to leave her employment due to medical reasons. She has not hired a permanent person since I left; and,

3. During the time I worked with Attorney Muhammad, we never failed to meet our discovery deadlines.

_____
Tracie H. Jackson, Affiant

STATE OF ALABAMA    )
                    )
MACON COUNTY        )

Before me, a Notary Public in and for said County and State, personally appeared Tracie H. Jackson, who, being first duly sworn, deposes and says that she has read the foregoing Affidavit, that the facts herein are true and correct to the best of her knowledge and ability.
**SWORN TO AND SUBSCRIBED BEFORE ME** this __14__ day of May, 2007.

_____
Notary Public

SEAL

My Commission expires:

My Commission Expires 07-02-08

# EXHIBIT D

STATE OF ALABAMA   )

MACON COUNTY   )

## AFFIDAVIT OF VERONICA D. HARRIS

The Affiant, being first duly sworn, says and affirms the following:

1. My name is Veronica D. Harris. I am over 19 years of age and a resident of the State of Alabama;

2. I am employed by the State of Alabama Unified Judicial System in the Macon County Circuit Clerk's Office in Tuskegee, Alabama as Chief Deputy Clerk of the Civil Division. I have been so employed for over 25 years.

3. I know Attorney Lateefah Muhammad, who has a law office in Tuskegee. She is known to be a hard-working and thorough attorney. She practices in both our civil and criminal courts in Macon County. She has never been before our courts for sanctions for any reason on any of her cases.

4. I also know Attorney Muhammad as a relative. Her mother, the late Lillie Harris Mabson, and my father, Robert Harris, Sr. were siblings. On March 13, 2007, my father suffered a heart attack and a stroke and was hospitalized in the East Alabama Medical Center in Opelika. Lateefah assisted our family in every way she could, taking time off from her work to do so. I am grateful for her support because I am the only daughter of three siblings and my oldest brother lives in Alaska. Our mother, Gwendolyn Mason Harris, passed several years ago. Without the help of close family members and friends, I don't know what I would do. After a stay in a rehabilitation facility and a couple days at home, my father is back in the hospital;

5. We also have an aunt, Juanita Harris Richardson, who has been gravely ill with heart trouble. I know Lateefah has been involved in her care as well.

_____
Veronica D. Harris, Affiant

**STATE OF ALABAMA** )
)
**MACON COUNTY** )

Before me, a Notary Public in and for said County and State, personally appeared Veronica D. Harris, who, being first duly sworn, deposes and says that she has read the foregoing Affidavit, that the facts herein are true and correct to the best of her knowledge and ability.
**SWORN TO AND SUBSCRIBED BEFORE ME** this ___14th___ day of May, 2007.

_____
Notary Public

My Commission expires: 12/03/08

[SEAL]

2

# EXHIBIT E







*Carl G. Williams*
*December 31, 1949 - January 26, 2007*

### Honorary Pallbearers
Brothers-in-law
KAΨ Fraternity Brothers
Close Friends

### Acknowledgements

Perhaps you called or smiled,
Or whispered a sincere prayer.
Perhaps you sent flowers or a memorial,
Or a token of love and care.

Perhaps you spoke the kindest words,
That only a dear friend can say.
Perhaps you were not there at all,
Just thought of us that day.

Whatever you did to console our hearts,
We thank you so very much-whatever the part.
"May God Bless You."
The Family

Final Services Entrusted To:
Carter Funeral Home
302 Carter Street
Union Springs, AL
334-738-3020

We are ever mindful of the confidence you have placed in us and
We sincerely hope that our services were a source of comfort
to your family during this period of transition.





*In Loving Memory*

*Carl G. Williams*
1949-2007

Celebrating the Life of
Carl G. Williams
Saturday, February 3, 2007
11:00 a.m.
Greater St. Mark Baptist Church
Tuskegee, AL
Rev. Dr. C.P. Noble, Pastor
Officiating:
Rev. William Leonard
Interment:
St. Paul Baptist Church Cemetery
Armstrong Community