IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BOBBY SANKS,                        )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )        CIVIL ACTION NO.  3:06cv1092-MHT
                                    )
WESTPOINT STEVENS, INC.,            )
                                    )
        Defendant.                  )

**ORDER**

Now pending before the court is the defendant's motion to compel (doc. # 13) filed

on April 23, 2007.  The court heard oral argument on the motion on May 29, 2007.  Upon

consideration of the motion, and for good cause, it is

ORDERED that the motion to compel (doc. # 13) be and is hereby DENIED as moot.

The plaintiff is DIRECTED to serve his supplemental responses to discovery on opposing

counsel **no later than June 1, 2007**.

Done this 31st day of May, 2007.


        _____/s/Charles S. Coody_____
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE