IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BOBBY LEE SANKS, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.: 03-06cv1092-MHT |
| | ) |
| WESTPOINT STEVENS, INC. | ) |
|   et al., | ) |
|     Defendants. | ) |

**PLAINTIFF'S MOTION TO EXTEND DEADLINES
FOR DISCOVERY AND FOR DISPOSITIVE MOTIONS**

The Plaintiff, by and through his attorney of record, respectfully files this Motion to Extend Deadlines for Discovery and for Dispositive Motions in the above-styled cause. As grounds, the Plaintiff offers the following:

1. In its Scheduling Order (**Doc. 9**), this Court set December 3, 2007, as the deadline for discovery;

2. On November 21, 2007, the Plaintiff propounded his first set of interrogatives and his first request for production upon the Defendants in this case;

3. Because the time the Defendants have for responding to the Plaintiff's discovery requests is less than the time allowed by law, the Plaintiff is requesting that the extension be granted to allow the Defendants adequate time to respond to his discovery requests;

4. In addition, this Court also set the deadline for dispositive motions in its Scheduling Order to be ninety (90) days prior to the date of the pretrial hearing. In

calculating the deadline, December 24, 2007, is ninety (90) days from the date of the pretrial hearing which is set for March 24, 2008;

5. Because the request for extending the discovery deadline will impact the deadline for dispositive motions, the Plaintiff is requesting that the dispositive motions deadline be extended as well;

6. The discovery requests propounded are necessary for the proper adjudication of this case;

7. The extension for the discovery deadline is requested for 30 days from date of receipt of the discovery requests. Despite the fact that both discovery requests were sent by the United States Postal Service, regular mail, on the same date (November 21, 2007), the Defendants have acknowledged receipt of only the Plaintiff's request for production on November 26, 2007. The Plaintiff, however, has sent a facsimile copy of the Plaintiff's first set of interrogatories to the Defendants on November 26, 2007, and received a transmittal confirmation;

8. The Plaintiff has contacted counsel for the Defendants regarding this Motion to Extend Deadlines. The Defendants' counsel indicated that the Defendants oppose this request.

WHEREFORE PREMISES CONSIDERED, the Plaintiff prays that this Honorable Court will grant his Motion to Extend Deadlines and re-set them to allow the Defendants to respond to his requests.

Respectfully submitted,

*s/Lateefah Muhammad*
Lateefah Muhammad (MUH001)
ATTORNEY FOR PLAINTIFF

Lateefah Muhammad, Attorney At Law, P.C.
Post Office Box 1096
Tuskegee Institute, Alabama 36087
(334) 727-1997
lateefahmuhammad@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 26 November 2007, I filed the foregoing Plaintiff's Motion to Extend Deadline with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record: James C. Pennington, Esquire, and Fred W. Suggs, Jr., Esquire.

*s/Lateefah Muhammad*
Lateefah Muhammad