IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BOBBY LEE SANKS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:06cv1092-MHT |
| ) | |
| WESTPOINT STEVENS, INC., ) | |
| and WESTPOINT HOMES, INC., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the plaintiff's motion to extend (Doc. No. 31) is denied. The plaintiff has had ten months, since January 2007, when the court entered is uniform scheduling order (Doc. No. 9), to pursue and conduct discovery. The plaintiff does not explain why he waited months and months, until late November 2007 (with a December 3 deadline), to pursue the discovery in dispute. The court sees no reason to reward the

plaintiff's dereliction by extending the discovery deadline.

    DONE, this the 27th day of November, 2007.


                                              /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE