IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


BOBBY LEE SANKS,                    )
                                    )
     Plaintiff,                     )
                                    )     CIVIL ACTION NO.
     v.                             )      3:06cv1092-MHT
                                    )
WESTPOINT STEVENS, INC.,            )
and WESTPOINT HOMES, INC.,          )
                                    )
     Defendants.                    )

                         ORDER

     It is ORDERED that the motion for summary judgment

(Doc. No. 34) is set for submission, without oral

argument, on January 7, 2008, with any opposing brief and

evidentiary materials due by said date.

     DONE, this the 18th day of December, 2007.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE