IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BOBBY LEE SANKS,                    )
    Plaintiff,                 )
                               )        CIVIL ACTION NO.:
v.                                  )        03-06cv1092-MHT-CSC
                               )
WESTPOINT STEVENS, INC.             )
  et al.,                           )
    Defendants.                )

## MOTION FOR EXTENSION OF TIME TO RESPOND/REPLY
## TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Bobby Lee Sanks, by and through his attorney of record, submits this Motion for Extension of Time to Respond/Reply to Defendants' Motion for Summary Judgment (**Doc. No. 34**). As grounds, he offers the following:

1.  The Plaintiff has a response opposing the Defendants' Motion for Summary Judgment; however, said response needs to be prepared.  To do so, the Plaintiff needs additional time in which to prepare and file the response;

2.  The undersigned attorney has several previous pending deadlines in other cases that impact her ability to respond in the present one;

3.  The undersigned attorney has a previous Motion for Summary Judgment for which a response is due on or by **January 2, 2008**, in the case of ***Stone v. Town of Camp Hill, Alabama, et al., CV-05-118***, in the Circuit Court of Tallapoosa County, Alabama, in which she represents the Plaintiff.

4.   In addition to the above case, on **January 3, 2008**, the undersigned attorney has a previously scheduled hearing in the Circuit Court of Lee County, Alabama, ***Eiland v.* Gaines, CV-07-0160**, in which she represents the Defendant.  There are seven known witnesses who are scheduled to testify in the matter for which the undersigned attorney is preparing.

5.   The undersigned attorney has a trial scheduled on **January 8, 2008**, in the case of ***Isom, et al. v. C.L. Daniel,* CV-07-000328**, in the Circuit Court of Chambers County, Alabama, in which she represents the Plaintiffs.  There are thirteen (13) witnesses involved in this case for which she is preparing.

6.   The undersigned attorney has a docket call scheduled at **9:00 a.m.** on **January 10, 2008**, in the Circuit Court of Tallapoosa County in the above ***Stone*** case. In addition, on this same date, **January 10, 2008**, at **11:00 a.m.**, she has a trial scheduled in the case of ***Unifund CCR Partners v. Major***, **DV-06-0174**, in the District Court of Macon County, Alabama, in which she represents the Defendant;

7.   The undersigned attorney is the only attorney in her office, with only a part-time legal assistant;

8.   The present due date of the submission given by the Court in its Order (**Doc. No. 36**) comes at a time closely following four (4) major holidays: **Eid Al-Adha** (December 19-21, 2007), **Christmas Day** (December 25, 2007), **Kwanzaa** (December 26,

2007–January 1, 2008) and **New Year's Day** (January 1, 2008);

9.   The Plaintiff, Bobby Lee Sanks, is on travel status and will be out-of-state until later in the week, on or about Thursday, December 27, 2007; and,

10.   The undersigned attorney has made attempts to discuss this Motion with the opposing counsel as required by this Court. She has called both opposing counsels in their office today prior to the filing of this Motion.  Her attempts have been futile; neither were available to speak with her and neither have returned the call as of the time of this filing.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff prays that this Honorable Court will grant this Motion for Extension of Time in the above case.

*s/Lateefah Muhammad*
Lateefah Muhammad (*Ala. Code* MUHOOl)
ATTORNEY FOR PLAINTIFF

Lateefah Muhammad, Attorney At Law, P.C.
Post Office Box 1096
Tuskegee Institute, Alabama 36087
(334) 727-1997
lateefahmuhammad@aol.com


## CERTIFICATE OF SERVICE

I hereby certify that on 24 December 2007, I electronically filed the foregoing Motion for Extension of Time to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James C. Pennington, Esquire and Fred Suggs, Jr., Esquire, attorneys for Defendant.

*s/Lateefah Muhammad*
Lateefah Muhammad