IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BOBBY LEE SANKS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv1092-MHT |
| ) | |
| WESTPOINT STEVENS, INC., ) | |
| and WESTPOINT HOMES, INC., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

It is ORDERED as follows:

(1) The motion for extension of time (Doc. No. 39) is granted.

(2) The motion for summary judgment (Doc. No. 34) is reset for submission, without oral argument, on January 16, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 28th day of December, 2007.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE