IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BOBBY LEE SANKS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 3:06-CV-01092-MHT |
| ) | |
| WESTPOINT STEVENS INC., ) | |
| and WESTPOINT HOME, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR DISMISSAL

**COME NOW** the Plaintiff, Bobby L. Sanks, and Defendants, WestPoint Stevens, Inc. and WestPoint Stevens Home, Inc., and pursuant to Fed. R. Civ. P. 41(a)(2), jointly move that the action against said Defendant be dismissed, with prejudice, costs to be taxed as paid.

Respectfully submitted this the 22nd day of February, 2008.

_____
Lateefah Muhammad (#MUH001)
Attorney At Law, P.C.
Post Office Box 1096
Tuskegee Institute, Alabama 36087
Telephone: (334)727-1997
Facsimile: (334) 727-1997
E-mail: lateefahmuhammad@aol.com
ATTORNEY FOR PLAINTIFF

_____
Fred W. Suggs, Jr. (#ASB-3587-G61F)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
300 North Main Street, P.O. Box 2757
Greenville, South Carolina 29602
Telephone: (864) 271-1300
Facsimile: (864) 235-4754
E-Mail: fred.suggs@odnss.com

James C. Pennington (#ASB-1287-N62J)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Federal Place
1819 5th Avenue North, Suite 1000
Birmingham, Alabama 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-Mail: james.pennington@odnss.com
ATTORNEYS FOR DEFENDANTS